# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
   **Plaintiff,**

 v.             Case No. 13-CR-225

**STEPHEN IVORY**
   **Defendant.**

## SCHEDULING ORDER

On the parties' joint motion (R. 10),

**IT IS ORDERED** that the **TRIAL** set for June 9, 2014, is adjourned. The **FINAL PRE-TRIAL** set for **Friday, May 30, 2014, at 11:15 a.m.** is converted to **STATUS**. For the reasons stated in the joint motion, the court finds that the ends of justice served by continuing the trial outweigh the best interests of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated at Milwaukee, Wisconsin, this 28th day of April, 2014.

            /s Lynn Adelman
            _____
            LYNN ADELMAN
            District Judge