## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                        **Case No. 13-CR-225**

**STEPHEN IVORY**
    **Defendant.**

## ORDER

Based on the government's December 22, 2014, letter,

**IT IS ORDERED** that this case is dismissed.

Dated at Milwaukee, Wisconsin, this 29th day of December, 2014.

                                        /s Lynn Adelman
                                      LYNN ADELMAN
                                      District Judge